```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 07-60532-CIV-COHN/Snow
```

BARRON DEVELOPMENT CORP., et al.,

    Plaintiffs,

v.

HARTFORD ACCIDENT AND IDEMNITY
COMPAnY, et al.,

    Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court sua sponte.

The plaintiffs **Barron Development and Jeffrey Erhard** are represented by an attorney not admitted to practice in the Southern District of Florida. Pursuant to Rule 4.B, Special Rules Governing the Admission and Practice of Attorneys in the Southern District and Rule 2B of the CM/ECF Administrative Procedures for the Southern District of Florida, such an attorney may, upon written motion, be permitted to make a special or limited appearance for purposes of representing the plaintiffs in this case. The rule requires that the motion designate a member of the bar of this Court who maintains an office in the State of Florida for the practice of law, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served, along with a certification from the applicant that he/she has studied the local rules. The rule further requires that the motion be accompanied by a written

statement consenting to the designation. Additionally, Administrative Order 96-61 provides that

> . . . the Court hereby establishes a new admissions fee of $75.00. This admissions fee is to be paid by every attorney seeking admission to our Local Bar as well as those attorneys petitioning the Court to appear and participate in a particular case under Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in this District. The fee should be paid by check made payable to the "U.S. Courts" and be accompanied by written application and certification as specified in our Local Rules.

Therefore, it is hereby

ORDERED AND ADJUDGED that on or before June 6, 2007, Todd Poses, Esquire, shall file an motion to appear <u>pro hac vice</u> in this case, accompanied by a $75.00 check made payable to the U.S. Courts. The motion shall designate local counsel, and shall be accompanied by a written statement indicating that the designated local counsel consents to the designation, along with a certification from the applicant that he/she has studied the local rules. The motion shall include local counsel's address, telephone number and facsimile number. The Court will not consider any pleadings filed in this action until such motion is granted.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of May, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Jeffrey Hirsh, Esq. (Ps)
Todd Poses, Esq. (Ps)
Joseph Miele, Jr., Esq. (Ds)
Ms. Catherine Wade (MIA)
   Executive Service Administrator